# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. **6:07-cr-107-Orl-28UAM**

**STEVEN SAVINON**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Bruce S. Ambrose |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Daniel Wayne Tumarkin |
| **COURT REPORTER:** | Anthony Rolland | **PRETRIAL/PROBATION:** | Dianne Santana |
| **DATE/TIME:** | November 27, 2007 1:15-1:35 p.m. | **INTERPRETER:** | None |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on count One of the First Superseding Information.

Motion for Court to recognize defendant's substantial assistance (Doc. No. 656)    Granted.

IMPRISONMENT:    34 Months.

Supervised Release:    3 Years.

MANDATORY DRUG TESTING requirements are: Imposed

Special Conditions of Supervised Release are:

   Participate in a program for treatment of narcotic addiction or drug or alcohol dependency.

   Community Service Program:    Perform 150 hours in lieu of paying a fine.

   Cooperate in the collection of DNA as directed by the Probation Officer.

Fine and costs of imprisonment/supervision:    Waived.

Special Assessment:    $100.00.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:    Defendant is advised of right to appeal.